280 So.2d 836

**In re Carlos Miguel HERNANDEZ, alias,**

**v.**

**STATE.**

**Ex parte Carlos Miguel Hernandez.**

**SC 449.**

Supreme Court of Alabama.

July 19, 1973.

J. D. Quinlivan, Jr., Mobile, for petitioner.

No Brief for the State.

MERRILL, Justice.

Petition of Carlos Miguel Hernandez for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hernandez v. State, 50 Ala.App. 558, 280 So.2d 831.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and McCALL, JJ., concur.